| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __7__ |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **NH F&B Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1807678** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **110 East 25th Street New York, NY 10010** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | NH F&B Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **NH F&B Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | List all cases. If more than 1, attach a separate list | Debtor | **Neuehouse, Inc.** | Relationship | **Parent Company** |
|---|---|---|---|---|---|
| | | District | **Southern District of New York** | When | **9/05/25** | Case number, if known | **25-11937** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **NH F&B Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September  7, 2025**
MM / DD / YYYY

**X** **/s/ Marcel Reichart**                                        **Marcel Reichart**
Signature of authorized representative of debtor          Printed name

Title     **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Todd E. Duffy**                          Date     **September  7, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street**
**9th Floor**
**New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone     **(212) 729-5832**          Email address     **tduffy@duffyamedeo.com**

**NY**
Bar number and State

## United States Bankruptcy Court
### Southern District of New York

In re    **NH F&B Inc.**                                                   Case No. _____

                                    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **September  7, 2025**                    **/s/ Marcel Reichart**

                                    **Marcel Reichart/Chief Executive Officer**
                                    Signer/Title

A&L CESSPOOL SERVICE COMPANY
38-40 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


AERANGIS, LLC
350 WEST 42 STREET
NEW YORK, NY 10036


AFTERLIFE AG
250 ADELPHI STREET
#6
BROOKLYN, NY 11205


ALYSSA LESTER
932 BUSHWICK AVENUE
BROOKLYN, NY 11221


AMAZON CAPITAL SERVICES, INC.
PO BOX 035184
SEATTLE, WA 98124-5184


ANHEUSER-BUSCH
DISTRIBUTORS OF NEW YORK, INC.
550 FOOD CENTER DRIVE
BRONX, NY 10474


AQUA BEST NYC LLC
276 GRAND STREET
NEW YORK, NY 10002


AV WORKSHOP
483 10TH AVENUE
NEW YORK, NY 10018


BALDOR SPECIALTY FOODS, INC.
PO BOX 5411
NEW YORK, NY 10087


BENEFISHAL SEAFOOD, LLC
20 SPRAIN VALLEY ROAD
SCARSDALE, NY 10583

BETTER CALL BETH
276 1ST AVENUE
APARTMENT 8E
NEW YORK, NY 10009


BIEN CULT
120 SMITH STREET
BROOKLYN, NY 11201


COZZINI BROS, INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


DAIRY WAGON INC.
6188 STATE ROUTE 22
SALEM, NY 12865


DAIRYLAND USA CORP
PO BOX 30943
NEW YORK, NY 10087-0943


DIGITAL MEDIA SYSTEMS, INC.
609 NORTH MACQUESTEN PARKWAY
MOUNT VERNON, NY 10552


ELENTENY IMPORTS
285 WEST BROADWAY
NEW YORK, NY 10013


FIRST CLASS INTERIOR CLEANERS
554 GLENWOOD AVENUE
TEANECK, NJ 07666


FRUIT OF THE VINES, INC.
51-02 VERNON BOULEVARD
LONG ISLAND CITY, NY 11101


GASTRONOME CATERING
142 BANK STREET
NEW YORK, NY 10014


GOTHAM SEAFOOD CORP
1049 LOWELL STREET
BRONX, NY 10459

GREGORY POOLE
4404 6TH AVENUE
APARTMENT 4C
BROOKLYN, NY 11220


HARNEY & SONS TEA CORPORATION
5723 ROUTE 22
MILLERTON, NY 12546


HOUSE OF WARIS TEA & SPICE
463 WEST 24TH STREET
NEW YORK, NY 10011


JOHN MARSHALL
368 WEST 127TH STREET
NEW YORK, NY 10027


LEAVEN & CO
220 COSTER STREET
BRONX, NY 10474


LUKE NOSEDA
9 HEATHER DRIVE
NORTHPORT, NY 11768


M. TUCKER 210896
150 S. TWIN VALLEY ROAD
ELVERSON, PA 19520


MAIDEN VENTURES, LLC
245 E. 87TH STREET
SUITE 14G
NEW YORK, NY 10128


MOMENT VENTURES MANAGEMENT
516 HIGH STREET
PALO ALTO, CA 94301


MORIHATA INTERNATIONAL
19 WEST LANCASTER AVENUE
ARDMORE, PA 19003

NATOORA US INC.
99 SCOTT AVENUE
SUITE J
BROOKLYN, NY 11237


NICHOLAS JONES
20 SICKLES STREET
#C3
NEW YORK, NY 10040


NYS DEPARTMENT OF TAXATION
ATTN: OFFICE OF COUNSEL
BLDG 9, W A HARRIMAN CAMPUS
ALBANY, NY 12227


OPEN HOUSE, INC.
130 QUEENS QUAY EAST
TORONTO
CANADA


OPICI FAMILY DISTR.
PO BOX 412852
BOSTON, MA 02241-2852


PARLOR COFFEE
11 VANDERBILT AVENUE
BROOKLYN, NY 11205


RODOLFO SANCHES
28-26 44TH STREET
ASTORIA, NY 11103


SAM TELL & SON, INC.
PO BIX 1180
FARMINGDALE, NY 11735


SAYURI LONDON LTD
71-75 SHELTON STREET
LONDON
ENGLAND


SEVEN ROOMS
127 W. 24TH STREET
NEW YORK, NY 10011

SOUTHERN GLAZER'S OF NY METRO
PO BOX 3143
HICKSVILLE, NY 11802


STAFFED INC DELAWARE
110 WEST 40TH STREET
ROOM 601
NEW YORK, NY 10018


SULLIVAN STREET BAKERY
533 WEST 47TH STREET
NEW YORK, NY 10036


TIME WARNER CABLE
PO BOX 7186
PASADENA, CA 91109-7186


TO-RISE LLC
118-40 MONTAUK STREET
SAINT ALBANS, NY 11412


TOAST, INC.
401 PARK DRIVE
BOSTON, MA 02215


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNION BEER DISTRIBUTORS
1213 GRAND STREET
SECAUCUS, NJ 07094


USA WINE IMPORTS
285 WEST BROADWAY
NEW YORK, NY 10013


VULCAN PROTECTION SERVICES
939 8TH AVENUE
NEW YORK, NY 10019


WHITE PLAINS LINEN
4 JOHN WALSH BOULEVARD
PEEKSKILL, NY 10566-5324

WILSON DANIELS WHOLESALE
19 WEST 24TH STREET
7TH FLOOR
NEW YORK, NY 10010


YES ITS VEGAN
1901 S. 9TH STREET
PHILADELPHIA, PA 19148